# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| MEGAN SMITH, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | Case No. 2:21-cv-00838<br><br>**NOTICE OF RELATED CASE** |

NOTICE OF RELATED CASE - 1

**PHILLIPS LAW FIRM, PLLC**
17410 133rd Ave. N.E., Suite 301
Woodinville, Washington 98072
TEL. 425.482.1111.

Pursuant to LCR 3(g)(1), Plaintiff hereby submits this notice of a pending, related case in the Western District of Washington. The related case is *Deborah Frame-Wilson, et al. v. Amazon.com, Inc*., 2:20-CV-00424-RAJ, assigned to Judge Richard A. Jones.

The cases involve substantially similar parties, transactions and events. Both cases allege anticompetitive conduct against Amazon, based on the same contractual relations. Whereas the earlier filed *Frame-Wilson* case alleges that Amazon's conduct harms persons who made purchases through any other retail e-commerce channel in the United States other than the Amazon.com platform, this action alleges that Amazon's conduct harms persons who made purchases through the Amazon.com platform.

Because there is substantial overlap in the cases' factual allegations concerning the substance and impact of the Defendant's conduct, a determination of relatedness would eliminate substantial duplication of effort and expense, delay, and undue burden on the Court, parties and witnesses. Equally, because both cases assert similar theories of antitrust liability and injury, a determination of relatedness also alleviates the risk of potentially conflicting orders.

DATED: June 23, 2021           Respectfully submitted,

**PHILLIPS LAW FIRM, PLLC**

*/s/ R. Glenn Phillips*
R. Glenn Phillips
17410 133rd Ave. N.E., Suite #301
Woodinville, Washington 98072-3200
Tel.:        425-482-1111
Email:    glenn@justiceforyou.com

**PHILLIPS LAW FIRM, PLLC**
17410 133rd Ave. N.E., Suite 301
Woodinville, Washington 98072
TEL. 425.482.1111.

NOTICE OF RELATED CASE - 2

| | |
|---|---|
| 1 | |
| 2 | **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC** |
| 3 | Peggy J. Wedgworth* |
| | Elizabeth McKenna* |
| 4 | Robert Wallner* |
| 5 | Blake Hunter Yagman* |
| | 100 Garden City Plaza, Suite 500 |
| 6 | Garden City, New York 11530 |
| 7 | Tel.:       212-594-5300 |
| | Email:    pwedgworth@milberg.com |
| 8 |             emckenna@milberg.com |
| | rwallner@milberg.com |
| 9 | byagman@milberg.com |
| 10 | *Pro Hac Vice Forthcoming* |
| 11 | |
| | *Attorneys for Plaintiff* |
| 12 | *and the Proposed Class* |

NOTICE OF RELATED CASE - 3

**PHILLIPS LAW FIRM, PLLC**
17410 133rd Ave. N.E., Suite 301
Woodinville, Washington 98072
TEL. 425.482.1111.